Michael E. McKINZY, Appellant,

v.

UNION PACIFIC RAILROAD
COMPANY, Appellee.

No. 11–2697.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 6, 2012.

Filed: Jan. 9, 2012.

Michael Eugene McKinzy, Sr., Kansas
City, MO, pro se.

Greta Nicole Hininger, Donald Sony
Prophete, Ogletree & Deakins, Kansas
City, MO, for Appellee.

[1] The Honorable John A. Jarvey, United
States District Judge for the Southern District
of Iowa.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

Michael McKinzy appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Upon careful de novo review, *see Tusing v. Des Moines Indep. Cmty. Sch. Dist.*, 639 F.3d 507, 514 (8th Cir.2011) (standard of review), we conclude summary judgment was proper for the reasons given by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Greg Kays, United States District Judge for the Western District of Missouri.